UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leo Paul Desselle III
( Plaintiff)
vs
LVNV LLC
( Defendant )

17-8202
Date 08/13/2017

SECT. J MAG. 3

## COMPLAINT

**JURISDICTION**
My name is Leo Paul Desselle III
My address is 12330 Willow Dr.
New Orleans Louisiana, 70131
(504) 442-0640

**PARTIES**

| | |
|---|---|
| LVNV LLC | Leo P Desselle III |
| 625 Pilot Rd.Ste. | 12330 Willow Dr. |
| Las Vegas, NV. 89119-4485 85216-6508 | New Orleans, LA 70131 |
| (866) 464-1183 | (504) 442-0640 |

**COMPLAINT** : Now Comes Leo P. Desselle III (Plaintiff), before this Honorable Court and ask that a deliberate wrong created by a debt collector, LVNV LLC (defendant), be corrected by this Court as per FDCPA 15 usc 1692 12.. LVNV is a debt purchaser. They claim that they purchased Plaintiff's debt from Credit One Bank for the amount of $1179.00. Account number 4447962215255443. Status date 01/01/17. Defendant,LVNV, after purchasing this debt posted this debt on the Plaintiff's Experian credit report as a collection account.This is a violation of FDCPA. Credit reporting constitutes debt collection activity, the collector LVNV cannot report this debt to the CRAs until proof of ownership between Plaintiff and LVNV is produced, this was not done. Plaintiff signed a contract with the original creditor, Credit One Bank not LVNV. Plaintiff signed an agreement with the credit card company, not the purchaser of the debt. LVNV has no right to Plaintiff's debt. Plaintiff has requested the collection company to produce the original agreement with Plaintiff's signature, this was not done, by law, they cannot collect.

• A copy of the original written agreement between the parties, such as the loan note or credit card agreement, preferably signed by you is needed by debt collectors to act.
• If the account has been sold to another creditor,LVNV must prove that it had the legal right to sue or post the debt to the CRAs to collect the debt. Producing proof simply means that the debt

pauper
Fee___
Process___
Dktd___

was charged off by the original creditor and purchased by LVNV and they do legally own it but there is no signed contract between LVNV and Plaintiff. Again, a bill of sale, an "assignment", or a receipt between the last creditor holding the debt, Credit One Bank N.A. and LVNV.

If the debt collector, LVNV, fails to produce proof of ownership, then you can ask the court to correct the wrong committed by LVNV. Plaintiff now request that this Honorable Court to bring justice to this matter and have LVNV remove the incorrect information provided to the CRAs about Plaintiff' Leo P. Desselle

DEMAND: Plaintiff's demand is for LVNV LLC to delete information reported to all CRAs.

Date : 08/17/2017

Leo Paul Desselle III
12330 Willow Dr.
New Orleans LA. 70131
(504) 442-0640